# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case Number: 5:99-cr-21-Oc-10GRJ

**HENRY ANTWAN BOGER**

USM Number: 28595-018

Rick Carey, FPD
201 SW Second Street, Suite 102
Ocala, Florida 34474

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1 through 10 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct, Racing on a Highway, occuring while on Supervised Release in violation of the conditions of supervision | January 28, 2006 |
| 2 | Positive urinalysis for Cocaine and Cannabinoids in violation of Condition 7 of the Standard Conditions of Supervision | March 5, 2007 |
| 3 | Positive urinalysis for Cocaine and Cannabinoids in violation of Condition 7 of the Standard Conditions of Supervision | March 9, 2007 |
| 4 | Positive urinalysis for Cocaine in violation of Condition 7 of the Standard Conditions of Supervision | October 18, 2007 |
| 5 | Positive urinalysis for Cocaine in violation of Condition 7 of the Standard Conditions of Supervision | January 28, 2008 |
| 6 | New criminal conduct, Possession of Cocaine, while on supervision in violation of the conditions of supervision | June 12, 2008 |
| 7 | New conviction conduct, False report to a law enforcement officer, while on supervsion in violation of the conditions of supervision | June 12, 2008 |
| 8 | Admitted use of cocaine, in violation of Condition 7 of the Standard Conditions of Supervision | June 12, 2008 |
| 9 | Possession of Cocaine, in violation of Condition 7 of the Standard Conditions of Supervision | June 12, 2008 |
| 10 | Association with a convicted felon while on supervision in violation of Condition 9 of the Standard Conditions of Supervision | June 12, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

AO 245B (Rev. 6/05) Judgment in a Criminal Case

HENRY ANTWAN BOGER  
5:99-cr-21-Oc-10GRJ

Page 2 of 2

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: June 19, 2008

*[signature]*

UNITED STATES DISTRICT JUDGE

June 25, 2008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 Months**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case